| PROB 22 (Rev. 2/88) | FILED | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 8:02-CR-31-T-26(TBM) |
| | 07 MAY 30 PM 3:34 | DOCKET NUMBER (Rec. Court) |
| | CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA | 1:07-cr-181-TCB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Middle/Florida | DIVISION Tampa |
|---|---|---|
| Matthew Cox | NAME OF SENTENCING JUDGE Honorable Richard A. Lazzara | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/31/02 — TO 5/30/05 |

OFFENSE: Conspiracy to Commit Offenses Against the United States (Wire Fraud)

**FILED IN CLERK'S OFFICE** U.S.D.C. Atlanta

**PART 1 - ORDER TRANSFERRING JURISDICTION**  JUN 0 4 2007

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA    JAMES N. HATTEN, Clerk
By: B Boyce, Deputy Clerk

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Georgia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/14/07  Date              _____
                            Honorable Richard A. Lazzara/United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-21-07  Effective Date           _____
                                   United States District Judge

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: _____ Deputy Clerk