# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Office of the Clerk
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Tampa, Florida 33602-3800
(813) 301-5400
www.flmd.uscourts.gov

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 0 4 2007

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

Sheryl L. Loesch
Clerk

Alycia Marshall
Court Operations Supervisor
Vickie Downing
Court Services Supervisor

UNITED STATES OF AMERICA

-vs-

MATTHEW B. COX

Case No. 8:02-cr-31-T-26EAJ

Our No. 1:07-cr-181-TCB

## TRANSFER OF JURISDICTION

Enclosed are certified copies of the Transfer of Jurisdiction form, Information, Judgment, and docket sheet pursuant to the transfer of jurisdiction of the probationer named above.

Please acknowledge receipt on the enclosed copy of this letter.

SHERYL L. LOESCH, CLERK

By:   /S/ A. Vizza, Deputy Clerk

Enclosures