PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 2 6 2007

JAMES N. HATTEN, Clerk
By: *[signature]*
Deputy Clerk

U. S. A. vs. Matthew Bevan Cox

Docket No. 1:07-CR-181-TCB

### PETITION AND ORDER TO SHOW CAUSE
### WHY PROBATION SHOULD NOT BE REVOKED

COMES NOW Sandra S. Glover PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Matthew Bevan Cox who was placed on supervision for the offense of Conspiracy to Commit Offenses Against the United States (Wire Fraud), 18 USC § 371, by the Honorable Richard A. Lazzara sitting in the court at Tampa, Middle District of Florida, on the 31st day of May, 2002, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself for any major purchases without approval of the Probation Officer. The defendant shall provide the Probation Officer access to any requested financial information.

The defendant shall pay a $1,000.00 fine.

*On May 21, 2007, The Honorable Timothy C. Batten, Sr., U. S. District Judge for the Northern District of Georgia accepted jurisdiction of this case.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. **Failure to notify the probation officer of change in residence:** Cox moved from his approved residence on or before December 17, 2003, without the prior knowledge or consent of his probation officer and has failed to provide notification of his new address. It is considered that Cox absconded from supervision.

2. **Failure to provide the probation officer with requested financial information/failure to follow the instruction of the probation officer:** As of December 17, 2003, Cox has failed to provide copies of requested annual documents including a copy of his 2002 Federal income tax return.

3. **New criminal conduct:** From in or about early 2002 through in or about December 2003, in the Middle District of Florida and elsewhere, Cox conspired to commit bank fraud, wire fraud, Social Security fraud, and identification document fraud.

4. **New criminal conduct:** From in or about November 2003 and continuing through on or about September 27, 2005, in the Northern District of Georgia and elsewhere, Cox and Rebecca Marie Hauck, aided and abetted by each other, executed a scheme to defraud insured financial institutions, including Bank of America.

5. **New criminal conduct:** From in or about March 2005 through on or about November 17, 2006, in the Middle District of Tennessee and elsewhere, Cox conspired to commit wire fraud, bank fraud, Social Security fraud, aggravated identity theft, identification document fraud, and passport fraud.

PRAYING THAT THE COURT WILL ORDER that Matthew Bevan Cox be brought before the Court at Atlanta, Georgia, to show cause why Probation heretofore entered should not be revoked.

ORDER OF COURT

Considered and ordered this __25th__ day of __July__, __2007__

and ordered filed and made a part of the records in the above case.

*/s/ Timothy C. Batten*

Honorable Timothy C. Batten, Sr.
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

*/s/ Sandra S. Glover*

Sandra S. Glover
Sr. U. S. Probation Officer

Place:   Atlanta, Georgia

Date:   July 19, 2007

*/s/ Bridget Altalaguirre (for LAK)*

Leigh A. Knight
Supervising U. S. Probation Officer