IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION FILE |
| v. | |
| MATTHEW B. COX, | NUMBERS 1:05-cr-456-TCB; 1:07-cr-99-TCB; 1:07-cr-100-TCB; |
| Defendant. | 1:07-cr-181-TCB |

### ORDER

This matter is before the Court on the Government's November 17, 2016 motion for a reduction of sentence under Rule 35.[1] The motion is DENIED AS MOOT in light of the Court's June 14, 2017 order.

IT IS SO ORDERED this 28th day of June, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge

---

[1] Dkt. no. 136 in case 1:05-cr-456-TCB; Dkt. no. 63 in case 1:07-cr-99-TCB; Dkt. no. 37 in case 1:07-cr-100-TCB; Dkt. no. 28 in case 1:07-cr-181-TCB.