IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | |
| MATTHEW COX | ) | 1:05-CR-456-TCB; 1:07-CR-100; |
| | ) | 1:07-CR-99-TCB & 1:07-CR-181-TCB |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

Mr. Cox has moved this Court for an order modifying his Supervised Release by allowing him to apply for a passport and to travel to the Netherland in January 2021 for business. His Probation Officer does not oppose the motion. For good cause shown,

IT IS ORDERED THAT Mr. Cox may apply for a passport and travel to the Netherlands during the second half of 2021. He must share the details of his travel and lodging with his Probation Officer. All other conditions of supervised release in the original Judgment shall remain the same.

SO ORDERED the 30th day of November, 2020.

_____
THE HONORABLE TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

presented by:
(continued next page)

presented by:

Mildred Geckler Dunn
State Bar Number: 323373
Attorney for Matthew Cox

Federal Defender Program, Inc.
Suite 1500; Centennial Tower
101 Marietta Street NW
Atlanta, Georgia  30303
404/688-7530
millie_dunn@fd.org